Yaman Salahi (SBN 288752)
yaman@salahilaw.com
Nicole Cabañez (SBN 365099)
nicolec@salahilaw.com
Taylor Applegate (SBN 357742)
taylora@salahilaw.com
**SALAHI PC**
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352

Albert J. Plawinski*
**PLAWINSKI, PLLC**
2101 Pearl Street
Boulder, Colorado 80302
Telephone: (303) 720-7095
Email: albert@plawinski.law

*Pro Hac Vice admission forthcoming*

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| E.R. and C.N., individually and on behalf of all others similarly situated,<br><br>     *Plaintiffs,*<br><br> v.<br><br>TWILIO, Inc., a Delaware corporation,<br><br>     *Defendant.* | Case No. 3:26-cv-02609<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM** |

## **ORDER**

UPON THE ADMINSTRATIVE MOTION of Plaintiffs E.R. and C.N., and with good cause appearing, it is hereby ordered:

Plaintiffs may proceed with this action using the pseudonyms E.R. and C.N., with a caption reflecting that pseudonym.

IT IS SO ORDERED.

Dated: April 1, 2026

_____
MAGISTRATE COURT JUDGE

ORDER GRANTING PLS.' MOT. TO
PROCEED UNDER PSEUDONYM                    2                    CASE NO. 3:26-CV-02609